UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Guadalupe Zequeida Garcia,

    Petitioner,

    v.

Senior Warden, Adelanto Detention Center, et al.,

    Respondents.

No. 5:26-cv-03069-MWC-MBK

**JUDGMENT (DKTS. 1, 22)**

**JS-6**

The Court **ORDERS** as follows: (1) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, *see* Dkt. # 1, is **GRANTED** and judgment is entered consistent with the reasons and findings set forth in the Petitioner's Motion for a Temporary Restraining Order granted by the District Court, *see* Dkt. # 13, on June 9, 2026; and (2) Respondents are permanently **ENJOINED** from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator.

This Order closes the case.  [JS-6]

**IT IS SO ORDERED.**

DATED: July 7, 2026

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge